*E-Filed 9/28/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL DIXON, | No. C 10-3699 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN FRANCISCO COUNTY JAIL, | |
| Defendant. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), within 30 days of the date when his complaint was filed. That time having passed, plaintiff still has not paid the filing fee, nor has he filed a complete IFP application. Accordingly, the action is DISMISSED without prejudice to plaintiff's filing a complete IFP application, or paying the filing fee of $350.00. The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: September 28, 2010

RICHARD SEEBORG
United States District Judge

No. C 10-3699 RS (PR)
ORDER OF DISMISSAL